IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

      v.

MICHAEL SCOTT PATTERSON, et al.,

  Defendants.

CRIMINAL FILE NO.

1:06-CR-500-1-TWT

ORDER

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 111] of the Magistrate Judge recommending denying the Defendants' Motion to Suppress Search and Seizure Evidence [Docs. 56, 60 & 99] and the Defendants' Motion to Suppress Statements [Docs. 51 & 53].  The Court approves and adopts the Report and Recommendation as the judgment of the Court. The  Defendants' Motion to Suppress Search and Seizure Evidence [Docs. 56, 60 & 99] and the Defendants' Motion to Suppress Statements [Docs. 51 & 53] are DENIED.

SO ORDERED, this 9 day of August, 2007.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge